VILLAGE OF CHATEAUGAY, Respondent, *v.* CHASM POWER COMPANY et al., Appellants.

(Submitted September 29, 1930; decided October 7, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 592.)

JOSEPH B. RAEBECK, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

(Submitted September 29, 1930; decided October 7, 1930.)

*Nathaniel Kaplan* for motion.

*C. Elmer Spedick* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.